

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-13-00505-CR

Christopher G. **CARRINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR8418A
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

   Appellant's brief was originally due to be filed on December 16, 2013. Appellant's first motion requesting an extension of time to file the brief was granted, extending the deadline for filing the brief to January 15, 2014. The brief has not been filed. Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate against appellant's attorney. TEX. R. APP. P. 38.8(b)(2).

_____
Catherine Stone, Chief Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

_____
Keith E. Hottle
Clerk of Court